THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY SHRONE PERSON, | CASE NO. C23-5628-JCC |
| Plaintiff, | ORDER |
| v. | |
| MELISSA ANDREWJESKI, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation ("R&R") of the Honorable Michelle L. Peterson, U.S. Magistrate Judge. (Dkt. No. 8.) Having thoroughly considered the R&R and the relevant record, the Court hereby ORDERS that:

1. The R&R (Dkt. No. 8) is ADOPTED;
2. Plaintiff's complaint (Dkt. No. 4-1), and this action, are DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a cognizable ground for relief under 42 U.S.C. § 1983;
3. Plaintiff's application to proceed IFP (Dkt. No. 4) is DENIED as moot;
4. Plaintiff's proposed motions (Dkt. No. 4-3, 4-4, 4-5, 5, 6, 7) are DENIED as moot;
5. This dismissal shall count as a STRIKE under 28 U.S.C. § 1915(g); and
6. The Clerk is DIRECTED to send copies of this order to the parties and to Judge Peterson.

//

1    DATED this 30th day of August 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-5628-JCC
PAGE - 2